United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAIME RIVAS, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-355 |
| CALIBER HOME LOANS, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1). (D.E. 5). Plaintiff's Notice of Dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to the Plaintiff's Notice of Dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SIGNED and ORDERED this 3rd day of February 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE